

| | | | | |
|---|---|---|---|---|
| L.O.C. v. State . . . . . . . . . . . . . . . . . | 07A01–1606–JV–1300 | 01/23/2017 | BARNES, J.<br>RILEY, J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Krzeminski v. Carr . . . . . . . . . . . . . | 76A03–1603–MI–716 | 01/23/2017 | ROBB, J.<br><br>KIRSCH, J.<br>BARNES, J. | Reversed and remanded<br>Concurs<br>Concurs |
| Buck, In re Paternity of . . . . . . . . . | 48A02–1607–JP–1592 | 01/23/2017 | CRONE, J.<br>RILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| J.W., In re . . . . . . . . . . . . . . . . . . . . . | 49A05–1607–JT–1663 | 01/24/2017 | RILEY, J.<br>CRONE, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| McCallion–Holmes v. Holmes . . . . | 10A01–1512–CT–2290 | 01/24/2017 | MATHIAS, J.<br>ROBB, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Mataranglo v. Meijer Stores Limited Partnership . . . . . . . . . . . . . . | 71A03–1604–CT–849 | 01/24/2017 | MATHIAS, J. | Affirmed in part,<br>Reversed in part and<br>Remanded for |

| | | | | proceedings consistent with this opinion |
|---|---|---|---|---|
| | | | ROBB, J. | Concurs |
| | | | BROWN, J. | Concurs |
| White v. State | 02A03–1512–CR–2367 | 01/24/2017 | MATHIAS, J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Caraboa v. Johnson County Fraternal Order of Eagles, Inc. #4132 | 41A01–1606–CT–1435 | 01/25/2017 | ROBB, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Stempien v. Keating | 02A03–1609–CT–2208 | 01/25/2017 | BAILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | MAY, J. | Concurs |
| Bakewell v. State | 20A05–1603–CR–705 | 01/25/2017 | RILEY, J. | Affirmed |
| | | | CRONE, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Hollis v. State | 49A02–1607–CR–1550 | 01/25/2017 | ROBB, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Massey v. State | 49A02–1608–CR–1959 | 01/25/2017 | BAILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | MAY, J. | Concurs |
| Taylor v. State | 02A05–1603–CR–635 | 01/26/2017 | MAY, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Mobile Home Management Indiana, LLC v. Avon Village MHP, LLC | 32A01–1602–MI–199 | 01/26/2017 | CRONE, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | MATHIAS, J. | Concurs |
| Starks v. State | 69A01–1608–CR–1926 | 01/26/2017 | MAY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BAILEY, J. | Concurs |
| J.W, Matter of | 18A05–1606–JT–1396 | 01/26/2017 | CRONE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | ALTICE, J. | Concurs |